# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FERNANDEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>GAMBOA, *et al.*,<br><br>             Defendants. | No. 1:21-cv-1748 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITH PREJUDICE<br><br>(Doc. 13) |

Brandon Alexander Fernandez is a state prisoner and seeks to hold the defendants liable for violations of his civil rights while incarcerated at Avenal State Prison and the California Substance Abuse Treatment Facility. (*See* Doc. 12.)

The assigned magistrate judge found Plaintiff failed to state a cognizable claim upon which relief may be granted and recommended the action be dismissed on July 25, 2022. (Doc. 13 at 10-20.) Plaintiff has not filed any objections, or otherwise communicated with the Court, and the deadline to do so has passed.

As required by 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of the action. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations to be supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1

1. The Findings and Recommendations issued on July 25, 2022 (Doc. 13), are **ADOPTED** in full.
2. This action is dismissed with prejudice for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 29, 2022**

UNITED STATES DISTRICT JUDGE